**Dismiss and Opinion Filed June 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00078-CV**

**ARLENE MCQUARY AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**CORTONA GARDENS MULTIFAMILY DALLAS LP, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-03940-2021**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Goldstein

After appellant failed to timely file her brief, we directed appellant by postcard dated May 2, 2022 to file her brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


        /Bonnie Lee Goldstein//
        BONNIE LEE GOLDSTEIN
        JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARLENE MCQUARY AND ALL OTHER OCCUPANTS, Appellant

No. 05-22-00078-CV          V.

CORTONA GARDENS MULTIFAMILY DALLAS LP, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas Trial Court Cause No. 007-03940-2021.
Opinion delivered by Justice Goldstein. Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 10th day of June, 2022.